# Court of Appeals
# of the State of Georgia

ATLANTA, __October 04, 2017__

*The Court of Appeals hereby passes the following order:*

**A18D0101. SAMUEL FRANK COOPER v. AMANDA KAY COOPER.**

Samuel Frank Cooper ("Husband") and Amanda Kay Cooper ("Wife") were divorced in 2015. On July 7, 2017, Husband was found in contempt for failing to pay attorney fees, as well as to facilitate and allow the sale of the parties' second home. After Husband failed to do so, Wife moved for the appointment of a third party to effectuate the terms of the contempt order pursuant to OCGA § 9-11-70. On August 11, 2017, the trial court granted the motion, and on September 14, 2017, Husband filed this application for discretionary appeal. We, however, lack jurisdiction.

To be timely, a discretionary application must be filed within 30 days of entry of the order sought to be appealed. OCGA § 5-6-35 (d). The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith. *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989). Here, in order to be timely, Husband's application should have been filed on Monday, September 11, 2017. However, this Court was closed on Monday, September 11 and Tuesday, September 12, 2017 due to inclement weather. Thus, Husband had until Wednesday, September 13, 2017 to file his application, which he did not do.[1] Accordingly, Husband's application is hereby DISMISSED for lack of jurisdiction.



Court of Appeals of the State of Georgia
        Clerk's Office, Atlanta, __10/04/2017__
        I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
        Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, Clerk.

---

[1] Although Husband attempted to file his application earlier, those filings were declined for his failure to follow this Court's rules.